IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTOINETTE LEE                                                                    PLAINTIFF

vs.                                            Civil No. 4:22-cv-04102

ARKLA Chemical Corp.,
Sustainable Forests, LLC,
Mark Thomas, Red Oak Operating,
Holly Mound Land Co. and Walter Felton                             DEFENDANTS

## ORDER

Before the Court is Plaintiff's *in forma pauperis* motion and Motion for Service. ECF No. 3. Considering these motions, the Court finds they should be **GRANTED**, and Plaintiff may proceed in this case without payment of the filing fee.

The Court directs the U.S. Marshal to serve a copy of the Complaint filed on October 18, 2022 (ECF No. 2) and a copy of this order on Defendants by serving them at the following addresses:

    ARKLA Chemical Corp.
    400 E. Capitol
    Little Rock, Arkansas  72202

    Sustainable Forests, LLC
    1209 Orange Street
    Wilmington, Delaware  19801

    Mark Thomas
    1997 Col. 34
    Magnolia, Arkansas  71753

    Red Oak Operating
    1997 Col. 34
    Magnolia, Arkansas  71753

    Holly Mound Land Co.
    12-B Lodge Road
    Lewisville, Arkansas  71845

Walter Felton
1478 O'Rear Rd.
El Dorado, Arkansas  71730

without prepayment of fees and costs or security thereof.  Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 20th day of October 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE